DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FELIPE AVILES-ORQUIDES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00429 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| FELIPE AVILES-ORQUIDES, | ) | Date:   January 29, 2010 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Dept :  Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

for January 15, 2010, **may be continued to January 29, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time to obtain

records from Orange County, which may assist in the plea negotiations, and ultimately resolution of the

case, and to provide additional information to probation for evaluation and preparation of the pre-plea

PSR.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

4                                                          BENJAMIN B. WAGNER
                                                           United States Attorney
5

6    DATED: December 30, 2009                            /s/ Ian Garriques_____
                                                          IAN GARRIQUES
7                                                         Assistant United States Attorney
                                                          Attorney for Plaintiff
8

9

10                                                        DANIEL J. BRODERICK
                                                          Federal Defender
11

12   DATED: December 30, 2009                            /s/  Rachel W. Hill_____
                                                          RACHEL W. HILL
13                                                        Assistant Federal Defender
                                                          Attorney for Defendant
14                                                        FELIPE AVILES-ORQUIDES

15

16                                    **O R D E R**

17   The request is granted, and Time is excluded pursuant to agreement, and for good cause shown under the

18    authority of 18 U.S.C.  §§3161(h)(7)(A) and (B).

19        IT IS SO ORDERED.

20   **Dated:    January 3, 2010**              ____/s/ Lawrence J. O'Neill_____
                                                 UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28