DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar # 151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
FELIPE AVILES-ORQUIDES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:09-cr-00429 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| FELIPE AVILES-ORQUIDES, | ) ) | Date:   February 26, 2010 Time:   9:00 a.m. |
| Defendant. | ) ) | Dept :  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 29, 2010, **may be continued to February 26, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for receipt and review of records previously ordered from Orange County.  These records have not yet been received in our office.  We anticipate receipt of those records sufficiently in advance of the next court date to facilitate a resolution.  If no resolution is reached by that date, we will be prepared to set a trial date.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: January 26, 2010                    /s/ Ian Garriques
                                                IAN GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 26, 2010                    /s/ Rachel W. Hill
                                                RACHEL W. HILL
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                FELIPE AVILES-ORQUIDES

## O R D E R

**Good Cause has been stated to justify the continuance.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:    January 27, 2010**                /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE